

June 1st, 2025
Re: Agency Case letter for Ms. Sandra Morrison – Presiding Court of Nassau County

Honorable Judge,

I am writing in my capacity as Founder and Chief Executive Officer of **Choice for All**, a nonprofit organization based in Nassau County, New York, to respectfully provide the following documentation in support of our client, **Ms. Sandra Morrison**, residing at **371 1st Place, Uniondale, NY 11553**, regarding recent utility disconnection proceedings.

1. **Choice for All** provides no-cost financial empowerment services to low- and moderate-income families across Long Island. Our services include housing stabilization, utility assistance, budgeting support, credit counseling, and advocacy to promote household security and financial well-being.
2. Ms. Morrison has received utility assistance through our housing stabilization programming in the following amounts:
    - **$200** through **Project Warmth** (United Way of Long Island), and
    - **$370** through our **Choice for All Housing Stabilization and Utility Assistance (HSUA) Fund**.
3. The second award was issued to assist in setting up a payment plan with PSEG. At the time, PSEG advised there were no pending service terminations.
4. Due to a processing error on our part, a staff member misunderstood the authorized source of the payment, believing additional funds were pending rather than utilizing the $370 award already approved.
5. Ms. Morrison had already reached the maximum funding limit for the 2024–2025 program year (September 1, 2024 – April 30, 2025)
6. On **May 28, 2025**, we were informed that Ms. Morrison's electricity had been disconnected. This was unexpected given the prior communications with PSEG.
7. Our **Family Stabilization and Housing Consultant**, **Ms. Lynette Batts**, immediately contacted PSEG that same day (5/28/2025). The customer service representative confirmed that termination was not warranted and proceeded to consult with her supervisor.
8. Ms. Batts offered to issue a **$500 payment immediately** and proposed an additional **$500 payment for June 2, 2025, totaling $1,000**. As per our organizational policy, Ms. Batts was authorized to approve payments up to $500 per month.
9. The customer service representative linked her supervisor, who approved the proposal. However, as both began processing the plan, a note was discovered on the account requiring them to contact the field supervisor.
10. The **field supervisor** then indicated no agreement could be made, no payment plan could be accepted and the service must be disconnected.
11. As a result, Mrs. Morrison would now be required to pay **$1,700 in full** to restore her electric service as per PSEG field supervisor.

TOGETHER, WE CAN TRANSFORM OUR COMMUNITIES.

55 MANSFIELD AVE, ROOSEVELT, NY 11575 | 358 NORTH MAIN STREET, FREEPORT, NY 11520
O: 516.544.2955 F: 516.544.2956 | WWW.CHOICEFORALL.ORG



12. I also contacted a representative from PSEG's Payment Assistance Outreach. They recommended Mrs. Morrison seek a "one-shot" emergency assistance grant through the **Nassau County Department of Social Services**, submit an **economic hardship letter**, and request a **rate classification change** to reduce future utility costs.
13. Despite this, **Choice for All remains prepared to support Mrs. Morrison**, and we are willing to remit an immediate payment upon resolution and restoration terms that are fair and feasible.

We respectfully submit this correspondence to document our involvement, clarify the series of events, and affirm our organization's commitment to supporting Mrs. Morrison's wellbeing and the fair execution of assistance protocols.

Thank you for your time and consideration in this matter.

Respectfully

Jacob Dixon, M.S.Ed.
Founder & Chief Executive Officer
Choice for All

TOGETHER, WE CAN TRANSFORM OUR COMMUNITIES.

55 MANSFIELD AVE, ROOSEVELT, NY 11575 | 358 NORTH MAIN STREET, FREEPORT, NY 11520
O: 516.544.2955 F: 516.544.2956 | WWW.CHOICEFORALL.ORG