**HEARING DATE & TIME. 6/5/2025 10AM**

**UNITED STATES BANKRUPTCY COURT**

-----------------------------------------------------x

In re:

Sandra Morrison

-----------------------------------------------------x

Case No. 8-25-71882

Chapter 13

RECEIVED
2025 JUN -5 A 11:01
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

**OBJECTION TO NOTICE OF MOTION**

To the Hon. Louis A. Scarcella, Bankruptcy Judge

I Sandra Morrison, in the above captioned bankruptcy proceeding, respectfully Object to the Motion filed by Trustee Michael Macco for the dismissing with prejudice my Chapter 13 filing

In support of this objection, I hereby state that I enter this bankruptcy filing in good faith. - Schedules, plan and payment to trustee have been submitted.

There is PRESENTLY a change in CIRCUMSTANCES .

-Payment was offered to *attorneys for MTAG as custodian for Alterna Funding 1llc. but MTAG* is no longer custodian for Alterna Funding 1llc.
-Creditor Alterna Funding 1llc attorneys refused my tender of payment.

I tried every way to close and satisfy the allege property tax-lien debt BUT because of their REFUSAL of my tender , I need this court's help in the settlement of this matter .

I performed in good faith to satisfy the obligation /debt with valuable funds-they acted in bad faith see tender of payment EXHIBIT A-----(taxlien certificate #3442 was tendered 5/7/2025 refused in Violation of UCC§ 3-603.

Since the attorneys (Bronster llc) refused my tender also from the(New York State HAF) program I need a solution and need this court to intervene and give me an opportunity to settle this matter.

**Wherefore,** I respectfully request that this court enter an order denying the relief requested by the trustee.

JUNE 3RD 2025

Sandra Morrison

TRUSTEE $309.00



AFTER FIVE DAYS, RETURN TO
TREASURER OF NASSAU COUNTY
ONE WEST STREET
MINEOLA, NEW YORK 11501-4248

US POSTAGE
ZIP 11501 $ 009.
02 7W
0008039289 MAY 20

Ms. Sandra Morrison
371 First Place
Uniondale NY 11553

11553-191471

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sandra Morrison
371 First Place
Uniondale, NY 11553

9590 9402 8862 4005 1063 29

2. Article Number *(Transfer from service label)*

9589 0710 5270 2138 2578 96

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

**POSTAL MONEY ORDER**

Serial Number 2013003442 | Year, Month, Day 2025-05-08 | Post Office 115510 | U.S. Dollars and Cents

29782233707

$1000.00

One Thousand Dollars and 00/100 *****************

Amount

Sec50 Bk109 Lot 00060

25

Clerk

Pay to: NAUSSA COUNTY TREASURER COUNTY OF NASSAU

Address: 1 WEST ST. MINEOLA New York 11501

Memo: ORIGINAL CONTRACTOR

From: SANDRA MORRISON

Address: 371 FIRST PLACE UNIONDALE NY 11553

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

UNITED STATES POSTAL SERVICE®

**POSTAL MONEY ORDER**

Serial Number TAX GRP 2013003442 | Year, Month, Day 2025-05-08 | Post Office 115510 | U.S. Dollars and Cents

29782233718

$819.61

Eight Hundred Nineteen Dollars and 61/100 ********

Amount

Sec50 Blk 109 Lot 00060

25

Clerk

Pay to: NASSAU COUNTY TREASURER COUNTY OF NASSAU

Address: 1 WEST ST Mineola NY 11501

Memo: Original CONTRACTOR

From: SANDRA MORRISON

Address: 371 First Place Uniondale NY 11553

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

MAXIMUM VALUE ONE THOUSAND DOLLARS

ENDORSEMENT SIGNATURE

WARNING-CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

RECEIVED
TREASURER'S OFFICE
2025 MAY -7 PM 2:55
COUNTY OF NASSAU
MINEOLA, N.Y.

MAXIMUM VALUE ONE THOUSAND DOLLARS

ENDORSEMENT SIGNATURE

WARNING-CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

RECEIVED
TREASURER'S OFFICE
2025 MAY -7 PM 2:55
COUNTY OF NASSAU
MINEOLA, N.Y.

$1819.61

RECEIVED
TREASURER'S OFFICE
2025 MAY 19 PM 2:43
COUNTY OF NASSAU
MINEOLA, N.Y.

# EXHIBIT A

RECEIVED
TREASURER'S OFFICE
2025 MAY -7 PM 2:54
COUNTY OF NASSAU
MINEOLA, N.Y.

CERT: 1248931
PARCEL: 50109 00060

**CERTIFICATE OF SALE OF TAX LIENS AND REAL PROPERTY AFFECTED THEREBY:**
**Situated within the Town of Hempstead**
**Nassau County, N.Y.**

No. 2013003442

$1,819.61

**THIS IS TO CERTIFY THAT** at the sale of tax liens and real property affected thereby, for unpaid

STATE, COUNTY, TOWN AND SPECIAL DISTRICT TAXES FOR THE YEAR 2013 GENERAL 2ND HALF

Held by the County Treasurer of the County of Nassau, at the Legislative Chamber, Theodore Roosevelt Executive and Legislative Building, Mineola, Nassau County, N.Y. beginning February February 18, 2014 which tax sale was held pursuant to the provisions of the Nassau County Administrative Code, (Chapter 272 of the laws of 1939 and all amendments thereto) which statutes are by reference made part hereof. **ASSIGNED TO: MTAG, AS CUSTODIAN FOR ALTERNA FUNDING I, LLC #4040 9/17/14**

MTAG, AS CUST FOR ATCF II NEW YORK LLC purchased the tax lien on the property then and there sold, which was assessed to BROWN DANIEL C & MORRISON SANDRA said real property being situated in the Town of Hempstead Nassau County, N. Y., and described as follows:

DESCRIPTION OF REAL PROPERTY AS SHOWN ON THE NASSAU COUNTY LAND AND TAX MAP

| School District 002 | Section 50 | Block 109 | Lot(s) No. 00060 | Group Lot |
|---|---|---|---|---|

The sum of One Thousand Eight Hundred Nineteen and 61/100 Dollars was paid to the County Treasurer for the aforesaid tax lien on the property affected thereby, and the lien was purchased at the interest rate of 2 per centum, subject to all claims for taxes or other liens and encumbrances and to any right, title or interest of record of the County of Nassau. However, such tax liens have priority over the County's Differential Interest Lien, representing the excess, if any, of the interest and penalty borne at the maximum rate over the interest and penalty borne at the rate at which the lien was purchased.

All liens on property involved in this sale are subject to the provisions of the Federal and State Soldiers' and Sailors' Civil Relief Acts, and to any and all superior tax liens of sovereignties and other municipalities, together with the provisions of the United States Bankruptcy Code.

After the expiration of the time to redeem, unless sooner redeemed, the holder of this tax sale certificate shall be entitled to pursue the remedies provided in the Nassau County Administrative Code for the enforcement of said sale.

The undersigned as County Treasurer shall receive and allow satisfactions of the tax lien in the manner and on the terms set forth in the Nassau County Administrative Code (Chapter 272 of the laws of 1939) and amendments thereto. Satisfaction of said tax lien shall be allowed until the delivery of a County Treasurer's deed or until a notice of election to foreclose the tax lien is filed with the County Treasurer by the holder of the tax sale certificate together with proof by affidavit or certificate that a summons, complaint and notice of pendency of action in an action to foreclose the lien has been duly filed in the Office of the County Clerk. In addition to the tax lien represented by this certificate of sale, the County Treasurer will require satisfaction of differential interest lien as defined in the Nassau County Administrative Code, if any exist.

Witness my hand and official seal
At Mineola, Nassau County, N. Y this
20TH DAY OF MARCH, 2014

TREASURER, COUNTY OF NASSAU

NOTE: In all correspondence please refer to above certificate number and sale of February, 2014 section 5-49.0 of the Nassau County Administrative Code (chapter 272 of the laws of 1939) provides that "the holder of a certificate of sale of tax liens, at any time after the annual return of taxes to the county treasurer by the receiver of taxes, may pay to the county treasurer any taxes on such return and any older taxes that are a lien on such property.

Do not attempt to make payment of any such taxes to the Receiver of Taxes and when paying such tax to the County Treasurer make sure to state at the time, the payment is made by you as tax lien purchaser.

FORM R121 6.5M 4/01

County Clerk's Office
State of New York,
County of Nassau } ss: 17-2241

I, Maureen O'Connell, Clerk of the County of Nassau and of the Supreme and County Courts, Courts of Record, do hereby certify that I have compared the annexed with the original Exhibit filed in my office 8/5/24, and that the same is a true transcript thereof, and of the whole of such original.

In testimony whereof, I have hereunto set my hand and affixed the seal of said county and court 5/5/25

Maureen O'Connell Maureen O'Connell, Clerk

HOFSTRA UNIVERSITY.

Sandra Morrison-Geralds <smorri6@pride.hofstra.edu>

## Alterna

4 messages

**support** <support@mtagservices.com> Thu, Feb 15, 2024 at 12:47 PM
To: "smorri6@pride.hofstra.edu" <smorri6@pride.hofstra.edu>

Good afternoon,

We no longer service Alterna funding.

111 Coleman Blvd, Ste 400

Mount Pleasant, SC 29464

The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify your representative immediately and delete this message from your computer. Thank you.

**Harrison Forrest** <hforrest@mtagservices.com> Thu, Feb 15, 2024 at 12:49 PM
To: "smorri6@pride.hofstra.edu" <smorri6@pride.hofstra.edu>

We have not serviced them since 2017.

Thank you,

[Quoted text hidden]
[Quoted text hidden]

**support** <support@mtagservices.com> Thu, Feb 15, 2024 at 12:57 PM
To: Kimberly Clayton <kclayton@mtagservices.com>, "smorri6@pride.hofstra.edu" <smorri6@pride.hofstra.edu>

I have CC'd my supervisor if you need anything else. We will not be giving out our servicing contract with Alterna.

[Quoted text hidden]
[Quoted text hidden]

**Sandra Morrison-Geralds** <smorri6@pride.hofstra.edu> Fri, Mar 22, 2024 at 2:50 PM
To: aserve@uniondalelibrary.org